# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Lawrence Gabaldon**　　　　　　　　　　Docket No. 1:17CR02244-001JCH
　　**a.k.a. Mr. Mono**

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW **Beatrice Manzanares** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Lawrence Gabaldon** who was placed under pretrial release supervision by the Honorable Steven C. Yarbrough United States Magistrate Judge**,** sitting in the court at **Albuquerque New Mexico**, on June 10, 2022 and September 7, 2022, with conditions which included the following:

6: The defendant is placed in the custody of the La Pasada Halfway House located in Albuquerque, New Mexico, who agrees to (a) supervise the defendant, (b), use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

**AMENDED NOVEMBER 10, 2022**:

7(p)(ii): The defendant must participate in one of the following restriction programs and comply with its requirements as directed. Home Detention: You are restricted to your entire residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by the pretrial services office or supervising officer.

7(q)(iv): The defendant must submit to the following location monitoring technology and comply with its requirements as directed; Location Monitoring technology as directed by the pretrial services or supervising officer

　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On November 3, 2022, the defendant submitted to a drug test at the La Pasada Halfway House located in Albuquerque, New Mexico. On November 8, 2022, this officer received the results of the drug test which yielded a positive result for Suboxone and fentanyl. The sample was sent for a laboratory confirmation, which is pending at this time. On November 9, 2022, this officer spoke to the defendant, and he admitted to drug use. The defendant further admitted he used fentanyl yesterday, November 8, 2022. It should be noted the defendant does not have a valid prescription for Suboxone. This officer spoke with staff at the La Pasada Halfway House about the recent drug test result and the defendant's admission to recent drug use. Due to these violations, the defendant was unsuccessfully terminated from the La Pasada Halfway House.

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

**AMENDED INFORMATION**:

On November 10, 2022, this officer received a call from staff at the La Pasada Halfway House who reported the defendant fled the property. On this same date at approximately 10:15 a.m., this officer received two global positioning system (GPS) alerts indicating a strap tamper and a proximity tamper alert. These alerts are indicative of the unit being removed. The defendant did not have permission to remove the GPS unit device. USPO called the defendant, but he did not answer, and a voicemail was left instructing him to call this officer. The defendant's whereabouts are currently unknown.

THE COURT PREVIOUSLY ORDERED A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **November 10, 2022**

*[signature]*

**Beatrice Manzanares**
**U.S. Probation Officer**

Place: **Albuquerque, New Mexico**